United States Bankruptcy Court
District of Colorado

In re:                                                              Case No. 17-20083-JGR
Tyrone Edison Council-Trammell                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: admin          Page 1 of 1          Date Rcvd: Feb 12, 2018
                             Form ID: 177          Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2018.
db              +Tyrone Edison Council-Trammell,    16811 E. 13th Ave,    Aurora, CO 80011-7511
17804181        +Arapahoe County Court,    1790 W Littleton Blvd,    Littleton, CO 80120-2060
17804182        +Comcast,    1617 S Acoma St,    Denver, CO 80223-3624
17804184        +Francy Law Firm, PC,    1800 Glenarm Place Ste 402,    Denver, CO 80202-3826
17804185        +Midland Funding/Altanic Credit & Finance,    PO Box 2011,    Warren, MI 48090-2011
17804186        +Public Service Company of Colorado,    d/b/a Xcel Energy,    PO Box 840,    Denver, CO 80201-0840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QJCSMILEY.COM Feb 12 2018 23:48:00     John Smiley,    600 17th Street,    Suite 2800S,
                  Denver, CO 80202-5428
17804183        +EDI: RCSFNBMARIN.COM Feb 12 2018 23:48:00      Credit One Bank,    PO Box 98872,
                  Las Vegas, NV 89193-8872
17804187        +E-mail/Text: bankruptcynotices2@pscu.org Feb 12 2018 23:57:05      Public Service CU,
                  7055 E Evans Ave,    Denver, CO 80224-2400
17804188         EDI: XCELENERGY.COM Feb 12 2018 23:49:00     Xcel Energy,    PO BOX 9477,    MPLS, MN 55484-9477
                                                                                          TOTAL: 4


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2018 at the address(es) listed below:
        George Dimitrov   on behalf of Debtor Tyrone Edison Council-Trammell 5280bankruptcy@gmail.com,
         DimitrovGR69942@notify.bestcase.com;Springs5280bankruptcy@gmail.com
        John Smiley    jcsmiley@smileytrustee.com,   jsmiley@ecf.epiqsystems.com
        US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                        TOTAL: 3

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Tyrone Edison Council–Trammell** | | Social Security number or ITIN | **xxx–xx–3170** |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN   _ _ _ _ | |
| | | | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **District of Colorado** | | | | |
| Case number:   **17–20083–JGR** | | | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tyrone Edison Council–Trammell

2/12/18

**By the court:**  Joseph G. Rosania Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---